*Jay H. Rosenfeld,* with him *Rosenfeld & Weinrott,* for appellee.

OPINION PER CURIAM, May 25, 1965:
Decree affirmed. Costs on appellant.

# Sigismondi, Appellant, *v.* DeVincentis Construction Co.

Argued April 21, 1965. Before BELL, C. J., MUS-MANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

 reargument refused July 2, 1965.

*Gerald Gornish,* with him *Leonard Zack,* for appellant.

*W. Glenn George,* for appellees.

OPINION PER CURIAM, May 25, 1965:
Order of the Superior Court affirmed.

## King Appeal.

Argued April 29, 1965. Before BELL, C. J., MUS-MANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Norman Seidel,* with him *Justin K. McCarthy* and *Daniel L. McCarthy,* for appellants.

*Alfred T. Williams, Jr.,* with him *H. P. McFadden,* and *McFadden, Riskin & Williams,* for redevelopment authority, appellee.

OPINION PER CURIAM, May 27, 1965:
Affirmed.

Mr. Justice ROBERTS would reverse because of the authority's failure to comply with a rule of the court below.